Robert B. Jobe (Cal. State Bar #133089)
Sara E. Coppin (Cal. State Bar #245952)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 956-5513 (phone)
(415) 840-0308 (fax)

Attorneys for Petitioner,
Satinderpal Singh.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SATINDERPAL SINGH, <br><br> Petitioner, <br><br> v. <br><br> LT. DAVID SEPULVEDA, JAIL ADMINISTRATOR, SANTA CLARA COUNTY DEPARTMENT OF CORRECTION; ET AL., <br><br> Respondents. | No. CV 08-1022 JF <br> DHS Alien Number: A 75-306-564 <br><br><br><br> APPLICATION FOR ISSUANCE OF ORDER TO SHOW CAUSE; [PROPOSED] ORDER |

Petitioner, Satinderpal Singh ("Mr. Singh"), hereby requests the Court to grant his Petition for Writ of Habeas Corpus or, alternatively, to issue an order directing Respondents to show cause why his petition should not be granted. This request is based on the following grounds:

1. 28 U.S.C. § 2243 requires that "[a] court, justice, or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the application or person detained is not entitled thereto."

2. On February 20, 2008, Mr. Singh filed a Petition for Writ of Habeas Corpus, in which he alleged that he was being unlawfully detained pursuant to 8 U.S.C. §§ 1225 & 1226(c). Because Mr. Singh's petition raises a substantial challenge to the lawfulness of his ongoing

1  detention, the Court should immediately order Respondents to show cause why the Writ should
2  not be granted, within the next ten (10) days.  28 U.S.C. § 2243.

    Date:   March 5, 2008            Respectfully submitted,

                                     LAW OFFICE OF ROBERT B. JOBE

                                     /s/ Robert B. Jobe
                                     _____
                                     Robert B. Jobe
                                     Counsel for Petitioner

CV 08-1022 JF
Application for Issuance of Order to Show Cause;
[Proposed] Order

Robert B. Jobe (Cal. State Bar #133089)
Sara E. Coppin (Cal. State Bar #245952)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 956-5513 (phone)
(415) 840-0308 (fax)

Attorneys for Petitioner,
Satinderpal Singh.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SATINDERPAL SINGH,<br><br>    Petitioner,<br><br>v.<br><br>LT. DAVID SEPULVEDA, JAIL ADMINISTRATOR, SANTA CLARA COUNTY DEPARTMENT OF CORRECTION; ET AL.,<br><br>    Respondents. | No. CV 08-1022 JF<br>DHS Alien Number: A 75-306-564<br><br>[PROPOSED] ORDER TO SHOW CAUSE |

Based upon the Application for Issuance of Order to Show Cause, IT IS HEREBY ORDERED that Respondents show cause within the next ten (10) days as to why Petitioner's Writ should not be granted.

Dated this_____day of_____, 2008.

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

CV 08-1022 JF
[Proposed] Order to Show Cause