Robert B. Jobe (Cal. State Bar #133089)
Sara E. Coppin (Cal. State Bar #245952)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 956-5513 (phone)
(415) 840-0308 (fax)

Attorneys for Petitioner,
Satinderpal Singh.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SATINDERPAL SINGH,<br><br>    Petitioner,<br><br>    v.<br><br>LT. DAVID SEPULVEDA, JAIL ADMINISTRATOR, SANTA CLARA COUNTY DEPARTMENT OF CORRECTION; ET AL.,<br><br>    Respondents. | No. CV 08-1022 JF<br>DHS Alien Number: A 75-306-564<br><br>APPLICATION FOR ISSUANCE OF ORDER TO SHOW CAUSE; [PROPOSED] ORDER |

    Petitioner, Satinderpal Singh ("Mr. Singh"), hereby requests the Court to grant his Petition for Writ of Habeas Corpus or, alternatively, to issue an order directing Respondents to show cause why his petition should not be granted. This request is based on the following grounds:

    1.    28 U.S.C. § 2243 requires that "[a] court, justice, or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the application or person detained is not entitled thereto."

    2.    On February 20, 2008, Mr. Singh filed a Petition for Writ of Habeas Corpus, in which he alleged that he was being unlawfully detained pursuant to 8 U.S.C. §§ 1225 & 1226(c). Because Mr. Singh's petition raises a substantial challenge to the lawfulness of his ongoing

1  detention, the Court should immediately order Respondents to show cause why the Writ should
2  not be granted, within the next ten (10) days.  28 U.S.C. § 2243.

     Date:   March 5, 2008         Respectfully submitted,

                                                LAW OFFICE OF ROBERT B. JOBE

                                                /s/ Robert B. Jobe
                                                _____
                                                Robert B. Jobe
                                                Counsel for Petitioner

1  Robert B. Jobe (Cal. State Bar #133089)
   Sara E. Coppin (Cal. State Bar #245952)
2  LAW OFFICE OF ROBERT B. JOBE
   550 Kearny Street, Suite 200
3  San Francisco, CA 94108
   (415) 956-5513 (phone)
4  (415) 840-0308 (fax)

5  Attorneys for Petitioner,
   Satinderpal Singh.

6

                UNITED STATES DISTRICT COURT
7               NORTHERN DISTRICT OF CALIFORNIA
                       SAN JOSE DIVISION
8

9  SATINDERPAL SINGH,              )    No. CV 08-1022 JF
                                   )    DHS Alien Number:  A 75-306-564
10                                 )
          Petitioner,              )
11                                 )
          v.                       )
12                                 )
   LT. DAVID SEPULVEDA, JAIL       )    [PROPOSED] ORDER TO SHOW CAUSE
13 ADMINISTRATOR, SANTA CLARA      )
   COUNTY DEPARTMENT OF            )
14 CORRECTION; ET AL.,             )
                                   )
15        Respondents.             )
                                   )

16        Based upon the Application for Issuance of Order to Show Cause, IT IS HEREBY

17 ORDERED that Respondents show cause within the next ten (10) days as to why

18 Petitioner's Writ should not be granted.

19

20        Dated this ___27th___ day of ___March___, 2008.

21

22

23            [signature]

24            _____
              JEREMY FOGEL
25            UNITED STATES DISTRICT JUDGE

26

27

28 CV 08-1022 JF
   [Proposed] Order to Show Cause