1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Respondents
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12
   SATINDERPAL SINGH,                 )    No. C 08-1022-JF
13                                    )
          Petitioner,                 )
14                                    )    **STIPULATION TO EXTEND DEADLINE**
       v.                             )    **FOR FILING A RESPONSE TO THE**
15                                    )    **ORDER TO SHOW CAUSE; AND**
   LT. DAVID SEPULVEDA, JAIL          )    **[PROPOSED] ORDER**
16 ADMINISTRATOR, et al.,             )
                                      )
17        Respondents.                )
                                      )
18

19     Petitioner, by and through his attorney of record, and respondents, by and through their

20 attorneys of record, hereby stipulate, subject to approval of the Court, to extend the deadline for

   filing a response to the Court's Order to Show Cause, based on the following:
21
       1. On March 27, 2008, this Court issued an Order to Show Cause directing the respondents to
22
   show cause within 10 days why the petitioner's petition for writ of habeas corpus should not be
23
   granted.
24
       2. The Order to Show Cause was posted on the Court's Electronic Case Filing (ECF) system
25
   on March 31, 2008.
26
       3. Because counsel for the respondents has not yet filed any documents in this case, he is not
27
   yet listed as counsel for the respondents on the ECF docket sheet and, accordingly, was not
28

STIPULATION TO EXTEND DEADLINE FOR FILING A RESPONSE TO OSC
C-08-1022-JF                                      1

1 notified by the ECF system of the issuance of the Court's Order to Show Cause.

2     4. Counsel for respondents discovered the existence of the OSC when he logged on to the ECF
3 system last evening to check on the status of the case.

4     5. In order to provide the respondents with time to adequately respond to the OSC, the parties
5 respectfully ask this Court to extend the deadline for responding to the Court's OSC to April 18,
6 2008.

Date: April 9, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

Date: April 9, 2008

/s/
ROBERT B. JOBE, Esq.
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

JEREMY FOGEL
United States District Judge

STIPULATION TO EXTEND DEADLINE FOR FILING A RESPONSE TO OSC
C-08-1022-JF      2