\*\*E-filed 4/16/08\*\*

JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SATINDERPAL SINGH,<br><br>    Petitioner,<br><br>v.<br><br>LT. DAVID SEPULVEDA, JAIL ADMINISTRATOR, et al.,<br><br>    Respondents. | No. C 08-1022-JF<br><br>**STIPULATION TO EXTEND DEADLINE FOR FILING A RESPONSE TO THE ORDER TO SHOW CAUSE; AND [~~PROPOSED~~] ORDER** |

    Petitioner, by and through his attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the deadline for filing a response to the Court's Order to Show Cause, based on the following:

    1. On March 27, 2008, this Court issued an Order to Show Cause directing the respondents to show cause within 10 days why the petitioner's petition for writ of habeas corpus should not be granted.

    2. The Order to Show Cause was posted on the Court's Electronic Case Filing (ECF) system on March 31, 2008.

    3. Because counsel for the respondents has not yet filed any documents in this case, he is not yet listed as counsel for the respondents on the ECF docket sheet and, accordingly, was not

STIPULATION TO EXTEND DEADLINE FOR FILING A RESPONSE TO OSC
C-08-1022-JF                                        1

1  notified by the ECF system of the issuance of the Court's Order to Show Cause.

2      4. Counsel for respondents discovered the existence of the OSC when he logged on to the ECF
3  system last evening to check on the status of the case.

4      5. In order to provide the respondents with time to adequately respond to the OSC, the parties
5  respectfully ask this Court to extend the deadline for responding to the Court's OSC to April 18,
6  2008.

Date: April 9, 2008							Respectfully submitted,

									JOSEPH P. RUSSONIELLO
									United States Attorney


									/s/
									EDWARD A. OLSEN
									Assistant United States Attorney
									Attorneys for Respondents



Date: April 9, 2008							/s/
									ROBERT B. JOBE, Esq.
									Attorney for Petitioner


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  4/16/08							_____
									JEREMY FOGEL
									United States District Judge

STIPULATION TO EXTEND DEADLINE FOR FILING A RESPONSE TO OSC
C-08-1022-JF							2