```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney                        **E-Filed 11/14/08**
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-6915
6      FAX: (415) 436-6927

7  Attorneys for Respondents
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SATINDERPAL SINGH, ) | No. C 08-1022-JF |
| Petitioner, ) | |
| ) | **STIPULATION TO DISMISS; AND** |
| v. ) | **[PROPOSED] ORDER** |
| ) | |
| LT. DAVID SEPULVEDA, JAIL ) | |
| ADMINISTRATOR, et al., ) | |
| Respondents. ) | |

The petitioner, by and through his attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-entitled proceeding in light of the fact that the petitioner has been removed from the United States.

//
//
//
//
//
//
//
//

STIPULATION TO DISMISS
C-08-1022-JF                                    1

| | | |
|---|---|---|
| 1 | Date: November 13, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 5 | | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney |
| 6 | | Attorneys for Respondents |
| 8 | Dated: November 13, 2008 | /s/<br>ROBERT B. JOBE<br>Attorney for Petitioner |

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 11/14/08 , 2008

_____
JEREMY FOGEL
United States District Judge

STIPULATION TO DISMISS
C-08-1022-JF                                    2